Brett Johnson
P.O. Box 2019
Lexington, SC 29071

POSTAGE DUE 48¢

The Honorable Cameron McGowan Currie
Judge Currie
901 Richland Street
Columbia, SC 29201

ITEM X-RAYED BY USMS