Brett Johnson
P.O. Box 2019
Lexington, SC 29071

ITEM X-RAYED BY
USMS
4/11-07

Judge Cameron McGowan Currey
901 Richland Street
Columbia, SC 29201

COLUMBIA SC 292
10 APR 2007 PM 2 L

29201+2328